Alexa J. Laborda Nelson (N.J. Bar No. 027442012)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
267.402.3000 (t)
267.402.3131 (f)
alabordanelson@littler.com

Attorneys for Defendants Tesla, Inc.; Tesla Motor, Inc.; Tesla, Inc. d/b/a Tesla Motors, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Adam Williams,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br><br>Tesla, Inc.; Tesla Motor, Inc.; Tesla, Inc. d/b/a Tesla Motors, Inc.; and John Does 1-5 and 6-10,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-04120-JHR-AMD<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Via ECF |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Tesla, Inc.[1] states that no parent corporation and any publicly held corporation own 10% or more of its stock.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　*/s/ Alexa J. Laborda Nelson*
　　　　　　　　　　　　　　　　　　　Alexa J. Laborda Nelson
　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Tesla, Inc.; Tesla Motor, Inc.; Tesla, Inc. d/b/a Tesla Motors, Inc.

Dated: March 23, 2018

---

[1] The only proper defendant in this matter is Tesla, Inc. Tesla Motor, Inc. underwent a corporate name change and is now Tesla, Inc.

## CERTIFICATE OF SERVICE

I, Alexa J. Laborda Nelson, hereby certify that I caused to be served the foregoing **Corporate Disclosure Statement**, via first class mail and email, upon the following:

Toni L. Telles, Esq.
Law Offices of Eric A. Shore
4 Echelon Plaza, 8th Floor
201 Laurel Road
Voorhees, NJ 08043

tonit@ericshore.com

*Counsel for Plaintiff Adam Williams*

*/s/ Alexa J. Laborda Nelson*
Alexa J. Laborda Nelson

Dated: March 23, 2018