# LAW OFFICES OF ERIC A. SHORE

Eric A. Shore △
*President*

Managing Associates
Graham F. Baird △
*Employment / Civil Rights*
Lisa Cunningham ●
*Veterans Disability*
Dennis J. Gruenke △+
*Workers' Compensation / Personal Injury*
Scott K. Johnson ○◇
*Employment / Education*
G. Evan Jones ○
*Social Security Disability*
Linda M. Lopez △
*Unemployment / ERISA Disability*

**National Headquarters**
2 Penn Center, Suite 1240
1500 John F. Kennedy Blvd.
P.O. Box 58519
Philadelphia, PA 19102
www.1800CANTWORK.com
**1-800-CANT-WORK**

Associates
JoAnn V. Diaz △
Faith L. Dixon ✱
Alexa L. Guarni ☐
Daniel R. Harrison ○
JoAnn P. Kelton ○
Allan S. Meltzer ☐
Gabrielle Muller ●☐
Christiana Poynter ◇
Jennifer L. Ruth ○
Michael A. Shore ○
Toni L. Telles ☐

Licensed   ○ PA   ☐ NJ   △ PA&NJ   + MD   ● NY   ✱ FL   ◇ CA

\*Reply to Voorhees Office          April 18, 2018

**VIA CM-ECF**
**The Honorable Joseph H. Rodriguez**
United States District Court/ District of New Jersey
Mitchell H. Cohen Building & US Courthouse
Fourth and Cooper Streets
Camden, New Jersey 08101

**Toni L. Telles, Esquire**
Direct Dial 856-433-6228
Direct Telefax 856-433-6230
ToniT@EricShore.com

Re:   **Adam Williams v Tesla, Inc., et al**
        **Civil Action Number: 18-cv-4120 (JHR/AMD)**

Dear Judge Rodriguez:

Pursuant to Local Rule of Civil Procedure 7.1, kindly allow this correspondence to serve as Plaintiff's request for a fourteen (14) day extension to file opposition to Defendants' Motion to Compel Arbitration, currently pending before Your Honor with a return date of May 7, 2018. This request is timely, and it is the first request for an extension of time to file opposition in this matter.

Plaintiff's opposition is due Monday, April 23, 2018. Plaintiff's new proposed date to file opposition is Monday, May 7, 2018 with a return date of May 21, 2018.

Thank you for your courtesies.

THE LAW OFFICES OF ERIC A. SHORE

By: _____
TONI L. TELLES, ESQUIRE

cc:   *via CM/ECF only to:*
        Alexa L. Nelson, Esquire
        Attorney for Defendants

**FLORIDA**
201 South Biscayne Blvd, Suite 2800
Miami, FL 33131

**PENNSYLVANIA**
2 Penn Center, Suite 1240
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102

**NEW JERSEY**
4 Echelon Plaza, 8th Floor
201 Laurel Road
Voorhees, NJ 08043

One Gateway Center, Suite 2600
Newark, NJ 07102

**NEW YORK**
112 Spruce Street, Suite A
Cedarhurst, NY 11516

**MARYLAND**
400 East Pratt Street, Suite 800
Baltimore, MD 21202