**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Adam Williams,<br><br>            Plaintiff,<br><br>vs.<br><br><br>Tesla, Inc.; Tesla Motor, Inc.; Tesla, Inc. d/b/a Tesla Motors, Inc.; and John Does 1-5 and 6-10,<br><br>            Defendants. | Case No. 1:18-cv-04120-JHR-AMD<br><br><br>**Via ECF**<br><br>**JOINT STIPULATION AND ORDER TO STAY DISCOVERY PENDING THE OUTCOME OF DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

The parties to this action, Plaintiff Adam Williams ("Plaintiff") and Defendant Tesla, Inc.[1], by and through their respective counsel of record, hereby stipulate to the following and request that their stipulation become an Order of this Court:

1.      Plaintiff initiated this action in the Superior Court of New Jersey on or about January 27, 2018. Defendant was served with a Summons and a copy of the Complaint on February 21, 2018. Defendant removed to this Court on March 23, 2018. (ECF 1).

2.      On April 13, 2018, Defendant filed a Motion to Compel Arbitration, which Plaintiff opposed on May 16, 2018. (ECF 6; ECF 11). This Motion is pending before the Honorable Joseph H. Rodriguez and is set for a May 21, 2018 Motion Day.

3.      Counsel for Plaintiff Williams and Defendant Tesla, Inc. conferred and agreed to stay discovery pending the outcome of Defendant's Motion.

---

[1] The only proper defendant in this matter is Tesla, Inc. Tesla Motor, Inc. underwent a corporate name change and is now Tesla, Inc. References to Tesla throughout this Memorandum of Law include Defendants Tesla, Inc.; Tesla Motor, Inc.; and Tesla Inc. d/b/a Tesla Motor, Inc.

4.      Based upon these representations, the parties request that this Court enter an Order approving this Joint Stipulation and Order to stay discovery in this action pending the outcome of Defendant's Motion to Compel Arbitration.


SO STIPULATED:


/s/ Toni L. Telles                                            /s/Alexa J. Laborda Nelson
Toni L. Telles, Esq.                                         Alexa J. Laborda Nelson
Law Offices of Eric A. Shore                          Matthew J. Hank
4 Echelon Plaza, 8th Floor                             LITTLER MENDELSON, P.C.
201 Laurel Road                                             Three Parkway
Voorhees, NJ 08043                                       1601 Cherry Street, Suite 1400
                                                                     Philadelphia, PA 19102
Attorneys for Plaintiff Adam Williams
                                                                     Attorneys for Defendants Tesla, Inc.; Tesla
                                                                     Motor, Inc.; Tesla, Inc. d/b/a Tesla Motors,
                                                                     Inc.


Dated: May 17, 2018


SO ORDERED:


_____
                                        The Honorable Ann Marie Donio, U.S.M.J.
Dated: