<u>**CERTIFICATE OF SERVICE**</u>

I, Alexa J. Laborda Nelson, hereby certify that I caused to be served the foregoing **Reply Brief in Support of Defendant's Motion to Compel Arbitration** via ECF and email upon the following:

Toni L. Telles, Esq.
Law Offices of Eric A. Shore
4 Echelon Plaza, 8th Floor
201 Laurel Road
Voorhees, NJ  08043
tonit@ericshore.com

*Counsel for Plaintiff Adam Williams*

<u>*/s/ Alexa J. Laborda Nelson*</u>
Alexa J. Laborda Nelson

Dated: May 25, 2018